No. 98–6519. CARTER v. CASKEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–6522. JOHNSON v. KINDT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6528. NEELLEY v. NAGLE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–6530. WELCH v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–6534. WOODCOCK v. NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION. C. A. 10th Cir. Certiorari denied.

No. 98–6535. VORA v. CONEMAUGH VALLEY MEMORIAL HOSPITAL OF JOHNSTOWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6539. IVEY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–6540. KASHANNEJAD v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6543. MCCARTHY v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 98–6546. ARTMORE v. TEXAS; and
No. 98–6547. ARTMORE v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 98–6549. WILLIAMS v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET. C. A. 3d Cir. Certiorari denied.

No. 98–6550. WHITFIELD v. TEXAS (three judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 98–6552. COLLIER v. DRAGOO ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6555. GORNICK v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.